FILED

02/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0588

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0588

JADA KU,

      Appellant,

  v.

MONTANA HUMAN RIGHTS BUREAU,

      Appellee.

## GRANT OF EXTENSION

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellee is given an extension of time until March 28, 2022, to prepare, file, and serve its Answer Brief.

DATED this _____ day of _____, 2022.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 3 2022

**GRANT OF EXTENSION**